**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 02-6839

―――――――――

ERNEST JUNIOR THAMES,

Petitioner - Appellant,

versus

DEAN WALKER, Superintendent,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge. (CA-01-658-1)

―――――――――

Submitted:  July 18, 2002          Decided:  July 25, 2002

―――――――――

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Ernest Junior Thames, Appellant Pro Se.  Sandra Wallace-Smith,
Assistant Attorney General, Raleigh, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Junior Thames seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Thames v. Walker, No. CA-01-658-1 (M.D.N.C. Apr. 30, 2002).  We grant Thames' motion to supplement the record, but deny his motions for appointment of counsel and for transcripts at government expense.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED